# United States Court of Appeals for the Fifth Circuit

No. 22-10518
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
November 21, 2022

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Marcos D. Thomason,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:11-CR-250-25

Before King, Higginson, and Willett, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Marcos D. Thomason has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Thomason has filed a response. We

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 22-10518

have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Thomason's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.